**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-02362-GPG

(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

RAQUELL NEILL,

    Plaintiff,

v.

FRONTIER AIRLINES,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff Raquell Neill currently resides in Doral, Florida.   On August 19, 2019, Plaintiff initiated this action by filing *pro se* a pleading titled, "Discrimination Charge with Retaliation," ECF No. 1, and an Application to Proceed in District Court without Prepaying Fees or Costs, ECF No. 2.   As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this Order.   Plaintiff will be directed to cure the following if he wishes to pursue his claims.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

Plaintiff is informed that he may choose to contact the Federal Pro Se Clinic at (303) 380-8786 or https://www.cobar.org/cofederalproseclinic for possible assistance in this matter.   The Federal Pro Se Clinic is located on the first floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver CO 80294.

2

**Application to Proceed in District Court Without Prepaying Fees or Costs**:

(1) ____   is not submitted
(2) ____   is not on proper form (must use the Court's current form)
(3) ____   is missing date by Plaintiff
(4) ____   is missing affidavit
(5) _X_   affidavit is incomplete; Plaintiff has failed to complete all sections of the form
(6) ____   affidavit is not properly notarized
(7) ____   names in caption do not match names in caption of complaint, petition or application
(8) _X_   other:   Plaintiff's information is incomplete and conflicting.   In paragraph, one on pages one and two, Plaintiff asserts that from August 2018 through August 2019 her gross monthly pay was $4,800, but she does not state who her current employer is.   It is not clear if Forelogix is her current employer.   Also, the income Plaintiff expects to earn next month is $4,000, which is $800 less than her current income.   Plaintiff fails to indicate if there is or isn't a spouse; if there is any money in a bank account or other financial institution; the value of her vehicle; if she owns real estate; and if there is money owed to her.

**Complaint or Petition**:

(9) ____   is not submitted
(10) _X_   is not on proper form
(11) ____   is missing an original signature by the Plaintiff
(12) ____   is incomplete
(13) ____   uses et al. instead of listing all parties in caption
(14) ____   names in caption do not match names in text of Complaint
(15) ____   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) ____   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.   It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form for filing an Employment Discrimination Complaint, and Application to Proceed in District Court without Prepaying Fees or Costs, along with the applicable instructions, at

www.cod.uscourts.gov.   Plaintiff shall use the forms in curing the deficiencies.   It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action may be dismissed without further notice.

DATED August 25, 2019, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge