| | |
|---|---|
| STATE OF COLORADO | ) RE: 19 – CV - 02362 |
| U.S. District Court | ) RE: EEOC CHARGE NO. 32A-2018-00123 |
| District of Colorado | ) Colorado Regulatory Civil Rights No. FE2018235675 |
| | ) |
| | ) |
| Raquell Neill | ) |
| 11551 Lakeside Dr. Apt 7406 | ) |
| Doral, FL 33178 | ) |
| | ) |
| VS | ) DISCRIMINATION CHARGE WITH RETALIATION |
| | ) |
| Frontier Airlines | ) |
| 7100 Tower Road | ) |
| Denver, CO 80249 | ) |

*FILED - UNITED STATES DISTRICT COURT, DENVER, COLORADO - SEP 09 2019 - JEFFREY P. COLWELL, CLERK*

    Comes now the Petitioner, Raquell Neill and submits to this Honorable Court a change of address. The address used when this filing was made on August 19, 2019 was incorrectly typed. I apologize for any inconvenience this may have caused. The correct mailing address is below and is also reflected above and will be used moving forward concerning case number 19-CV-02362. Again, Petitioner apologizes for any extra work this may have caused. Thank you for your understanding.

Respectfully submitted,

Please change address from:

Raquell Neill
11481 NW 41st, Apt.7406
Doral, FL 33178

To:

Raquell Neill
11551 Lakeside Dr. Apt 7406
Doral, FL 33178

_____        9/4/19
Signed: Raquell Neill                      Date

FROM:
Raquell Neil
11551 Lakeside Dr apt. 7406
Doral, FL. 33178

TO:
Clerks office
901 19th St.
Denver, CO. 80294

PRIORITY MAIL 2-DAY®

0 Lb 1.60 Oz
0004
C044

EXPECTED DELIVERY DAY: 09/07/19

SHIP TO:
901 19TH ST
DENVER CO 80294-2500

USPS TRACKING NUMBER

9505 5264 9087 9248 5740 72

U.S. POSTAGE
$7.35
PRFL
Orig: 33178
09/05/19
11081971
R2304M114593

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014