# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02362-GPG

RAQUELL NEILL,

     Plaintiff,

v.

FRONTIER AIRLINES

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

     On September 9, 2019, Plaintiff filed a Notice of Change of Address.  The Clerk of the Court is directed to send to Plaintiff a copy of the Order to Cure Deficiencies, ECF No. 4, at the address indicated in the September 9, 2019 Notice.  Plaintiff shall have thirty days from the date of this Minute Order to comply with the September 9 Order to cure deficiencies.  If Plaintiff fails to comply within the time allowed the Complaint and action will be dismissed without further notice.

Dated:  September 12, 2019