IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## Notice of change of address

Civil Action No.       19-cv-02362-GPG

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2019 OCT 11  PM 12:33
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

Comes now the Plaintiff, Raquell Neill and submits a change of address regarding Civil Action No. 19-cv-02362-GPG.

**Previous address:**

Raquell Neill
11551 Lakeside Dr. Apt 7406
Doral, FL 33178

**Current address:**

Raquell Neill
16569 Summit Dr.
Omaha, NE 68136

_Raquell Neill_                    10-11-19
Signed: Raquell Neill              Date