IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02362-GPG

RAQUELL NEILL,

    Plaintiff,

v.

FRONTIER AIRLINES,

    Defendant.

---

## ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

---

Plaintiff Raquell Neill resides in Omaha, Nebraska. Pursuant to the Court's Order to Cure Deficiencies, ECF No. 4, she has filed *pro se* an Employment Discrimination Complaint, ECF No. 9, and an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form), ECF No. 7. Plaintiff will be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor. Accordingly, it is

ORDERED that the Application to Proceed in District Court without Prepaying Fees or Costs (Long Form), ECF No. 7, is GRANTED. It is

FURTHER ORDERED that the Application to Proceed in District Court without Prepaying Fees or Costs (Long Form), ECF No. 2, is DENIED as moot.

DATED October 16, 2019, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Gordon P. Gallagher
                                            United States Magistrate Judge