IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02362-GPG

RAQUELL NEILL,

      Plaintiff,

v.

FRONTIER AIRLINES,

      Defendant.

## ORDER DRAWING CASE

The Court has determined that the Employment Discrimination Complaint, ECF No.9, does not appear to be appropriate for summary dismissal and should be drawn to a presiding judge, and when appropriate to a magistrate judge. *See* D.C.COLO.LCivR 40.1.   Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge, and when applicable to a magistrate judge.

DATED October 16, 2019, at Denver, Colorado.

                                                      BY THE COURT:

                                                      _____
                                                      Gordon P. Gallagher
                                                      United States Magistrate Judge