IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  19-cv-02362-NRN

Raquell Neill,

Plaintiff,

v.

Frontier Airlines,

Defendant.

ORDER SETTING STATUS CONFERENCE
FOR
PRO SE PLAINTIFF

Entered by U.S. Magistrate Judge N. Reid Neureiter

The above-captioned case has been directly assigned to Magistrate Judge N. Reid Neureiter pursuant to D.C.COLO.LCivR 40.1(c) - Direct Assignment to Magistrate Judges.

**IT IS HEREBY ORDERED** that on or before December 4, 2019, the parties shall complete and file the Consent/Non-Consent Form (see Dkt. #13), indicating either unanimous consent of the parties or that consent has been declined. Please note that this date may be earlier than the default deadlines contemplated by D.C.COLO.LCivR 40.1(c)(4).

**IT IS FURTHER ORDERED** that a Status Conference shall be held on:

> **December 18, 2019 at 10:00 a.m.**
> in Courtroom C-203,
> Second Floor,
> Byron G. Rogers U.S. Courthouse,
> 1929 Stout Street,
> Denver, Colorado 80294

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail a copy of this Order to Plaintiff at:

> Raquell Neill
> 16569 Summit Drive
> Omaha, NE 68136

**IT IS FURTHER ORDERED** that at the Status Conference the pro se Plaintiff shall:

1. Provide written proof of service of process on **ALL** Defendants **or** show cause why this case should not be dismissed for lack of service of process and/or failure to prosecute;

2. Inform this court on whether you intend to retain legal counsel.  If you intend to retain legal counsel, then you shall be prepared to inform this court, on the record, of what efforts you have made to retain legal counsel; and,

3. Become familiar with the following Rules:  (a) the Federal Rules of Civil Procedure, (b) the United States District Court for the District of Colorado Local Rules of Practice, and (c) the Federal Rules of Evidence.  These sets of rules shall apply in this case.

The pro se Plaintiff is also encouraged to contact the Federal Pro Se Clinic which provides free legal assistance to people representing themselves in the U.S. District Court for the District of Colorado. The Clinic cannot assist with criminal, bankruptcy, habeas, appeals, or any state cases. If the pro se Plaintiff wishes to utilize this service, he or she may make an appointment by phone (303-380-8786) or online at www.cobar.org/cofederalproseclinic. The Clinic is located at: Alfred A. Arraj Courthouse (first floor), 901 19th Street, Denver, CO 80294. Walk-in appointments may also be available, but only on a space-available basis.

Please remember that **everyone** seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification.  See D.C.COLO.LCivR 83.2B.  Failure to comply with this requirement will result in denial of entry into the Byron G. Rogers United States Courthouse.

Done and signed this 17th day of October, 2019.

> BY THE COURT:
>
> s/N. Reid Neureiter
> N REID NEUREITER
> United States Magistrate Judge