# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02362-GPG

Raquell Neill, Plaintiff

v.

Frontier Airlines, Defendant(s)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**OCT 25 2019**

JEFFREY P. COLWELL
CLERK

---

## MOTION TO CHANGE FRONTIER AIRLINES, DEFENDANT(S) ADDRESS FOR SUMMONS SERVING PURPOSES

---

Comes now the Plaintiff, Raquell Neill and submits a change of address concerning summons serving purposes.

In the complaint filed by Plaintiff, Raquell Neill for case number 19-cv-02362-GPG on October 11, 2019 the Defendant's address is listed as:

Frontier Airlines
7100 Tower Road
Denver, CO 80249

However, the address for summons serving purposes for Frontier Airlines, Defendant, is as follows:

Registered Agent
Corporation Service Company
1900 W. Littleton Boulevard
Littleton, CO 80120


Respectfully submitted:

Signed: *Raquell Neill*
Raquell Neill, Plaintiff

Dated: 10/23/19

Address:
16569 Summit Dr
Omaha, NE 68136
Telephone Number: 303-898-0032
Email Address: raquellneill@gmail.com



# USPS Priority Mail Express Label

**FROM:** Raquell Neill
16569 Summit Dr
Omaha, NE 68136
PHONE: (303) 898-0032

**TO:** Clerk office
901 19th St
Denver, CO 80294

ZIP: 80294

PO ZIP Code: 68135
Date Accepted: 10/23/19
Time Accepted: 5:12 PM
Scheduled Delivery Date: 10/25/19
Postage: $25.50
Total Postage & Fees: $25.50

Tracking: EJ 122 366 479 US

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

