IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  19-cv-02362-NRN

Raquell Neill,

Plaintiff

v.

Frontier Airlines,

Defendant

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     It is hereby ORDERED that Plaintiff's Motion to Change Frontier Airlines, Defendant(s) Address for Summons Serving Purposes, Dkt. #17, is GRANTED.  The Clerk is directed to update the address of Defendant for service of the Complaint to:

Registered Agent
Corporation Service Company
1900 W. Littleton Boulevard
Littleton, CO 80120.

Date:  October 31, 2019