IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02362-NRN

RAQUELL NEILL,

    Plaintiff,

v.

FRONTIER AIRLINES,

    Defendants.

---

## CERTIFICATE OF SERVICE

---

    I certify that I have mailed a copy of the Certificate of Service to the named individual below, and the following forms to the United States Marshals Service for service of process to Froniter Airlines: AMENDED COMPLAINT FILED ON 10/11/2019, MINUTE ORDER FILED 10/31/2019, SUMMONS, and the CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE IN DIRECT ASSIGNMENT CASES on 6 November, 2019.

Raquell Neill
16569 Summit Drive
Omaha, NE 68136

US Marshal Service
Service Clerk
Service forms for: Frontier Airlines

                                                  s/ C. Madrid
                                                  *Deputy Clerk*