U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.*

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2019 NOV -7 PM 3:06
JEFFREY P. COLWELL
CLERK
_____ DEP. CLK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| RAQUELL NEILL | 19-cv-02362-NRN |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| FRONTIER AIRLINES, | S&C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SCANDIC AURORA LLC,

ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*
7100 Tower Road, Denver, CO 80249

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| Carmen M. Criner<br>PO Box 462543<br>Aurora, CO 80046-2543 | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

# PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of: s/C. Madrid *Deputy Clerk* | X PLAINTIFF<br>___ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>17 October 2019 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 13 | District to Serve<br>No. 13 | Signature of Authorized USMS Deputy or Clerk | Date<br>10/30/2019 |
|---|---|---|---|---|---|

I hereby certify and return that I ___ have personally served, ___ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)*<br>Miller & Law P.C. | ___ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address *(complete only if different than shown above)*<br>Registered Agent<br>Corporation Service Co.<br>1900 W. Littleton Blvd, Littleton CO 80120 | Date of Service<br>11/1/19 | Time<br>11:46 | (am)<br>pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee<br>65 | Total Mileage Charges (including endeavors)<br>4.06 | Forwarding Fee<br>0 | Total Charges<br>69.06 | Advance Deposits<br>0 | Amount owed to U.S. Marshal or<br>69.06 | Amount of Refund<br>0 |
|---|---|---|---|---|---|---|

REMARKS:

JDS

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| Raquell Neill | ) |
| :---: | :--- |
| Plaintiff(s) | ) |
| v. | ) Civil Action No. 19-cv-2362-NRN |
| Frontier Airlines | ) |
| Defendant(s) | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Frontier Airlines

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Raquell Neill
16569 Summit Drive
Omaha, NE 68136

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/17/2019

s/C. Madrid
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-2362-NRN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Scenic Aurora LLC
was received by me on *(date)* 10/30/19 .

☑ I personally served the summons on the individual at *(place)* Registered Agent Corporation
1900 W. Littleton Blvd
Service Co Littleton, CO on *(date)* 10/31/19 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/31/19

Server's signature

D. Jones   DUSM
Printed name and title

901 19th St
~~1900 W. Littleton~~ Denver CO 80294
Server's address

Additional information regarding attempted service, etc: