**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:19-cv-02362-NRN

RAQUELL NEILL,

        Plaintiff,

v.

FRONTIER AIRLINES,

        Defendant.

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to D.C.Colo.L.CivR 6.1(b), Defendant Frontier Airlines ("Frontier") respectfully requests a 21-day extension of time up to and including December 13, 2019, to file its response to Plaintiff's Complaint. In support of this Motion, Frontier states as follows:

1. Frontier was served with Plaintiff's Complaint on November 1, 2019. [Dkt. # 20].

2. Pursuant to Fed. R. Civ. P. 15(a)(3), without the relief requested in this Motion, Frontier's deadline to answer or otherwise respond to Plaintiff's Complaint is November 22, 2019.

3. Due to the undersigned's absence to due to a medical procedure, Frontier needs additional time in which to conduct the reasonable inquiry necessary to prepare a response to Plaintiff's Complaint. This investigation includes discussing the Complaint's allegations with Frontier and reviewing relevant documents.

4. Under D.C.COLO.LCivR 6.1, parties may stipulate to one extension of not more than 21 days to respond to a pleading, which becomes effective on filing. In accordance with

D.C.Colo.L.CivR 7.1(a), Frontier's counsel conferred with Plaintiff on November 14, 2019 about a 21-day extension, but she objected and would not consent. Frontier therefore is filing the present Motion as opposed.

5. Frontier's deadline to respond to Plaintiff's Complaint has not previously been extended.

6. The extension in this Motion will not prejudice any party and will not cause any undue delay of the proceedings.

7. As required by D.C.Colo.LCivR 6.1(c), the undersigned counsel certifies that a copy of this Motion is being served on Frontier.

WHEREFORE, Frontier respectfully requests an extension of time through and including December 13, 2019 to respond to Plaintiff's Complaint.

Respectfully submitted this 15th day of November, 2019.

*/s/ Carolyn B. Theis*
Danielle L. Kitson
Carolyn B. Theis
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email:  dkitson@littler.com
　　　　catheis@littler.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify that on this 15th day of November, 2019, I filed and served the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** via CM/ECF to the following:

Raquell Neill
16569 Summit Drive
Omaha, NE 68136
Phone: 303 898-0032
Email: raquellneill@gmail.com

*Plaintiff (pro se)*

*s/Joanna Fox*
Joanna Fox, Legal Secretary