IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02362-NRN

Raquell Neill,

Plaintiff,

v.

Frontier Airlines,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (Dkt. #21) is GRANTED finding good cause shown. Defendant shall answer or otherwise respond to Plaintiff's Amended Complaint (Dkt. #9) on or before December 13, 2019.

Date: November 15, 2019