**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:19-cv-02362-NRN

RAQUELL NEILL,

        Plaintiff,

v.

FRONTIER AIRLINES,

        Defendant.

---

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE CONSENT/NON-CONSENT FORM**

---

    Pursuant to D.C.Colo.L.CivR 6.1(b), Defendant Frontier Airlines ("Frontier") respectfully requests a 9-day extension of time up to and including December 13, 2019, to file the Magistrate Judge Consent/Non-Consent Form. In support of this Motion, Frontier states as follows:

    1.    Pursuant to this Court's Order dated October 17, 2019, the parties must complete and file the Magistrate Judge Consent/Non-Consent Form (Dkt. #13), indicating either unanimous consent of the parties or that consent has been declined, on or before December 4, 2019. *See* Dkt. #14.

    2.    As a result of the undersigned's absence due to a medical procedure and her client contact's absence until December 10, 2019 due to vacation, Frontier's counsel needs additional time in which to discuss this matter with Frontier.

    3.    In accordance with D.C.Colo.L.CivR 7.1(a), Frontier's counsel conferred with Plaintiff on November 26, 2019 about a nine-day extension. Plaintiff indicated that she will be

consenting, but she objected to an extension of time for Frontier to make its consent decision. Frontier is therefore filing the present Motion as opposed.

4. Frontier's deadline to complete and file the Magistrate Judge Consent/Non-Consent Form has not previously been extended. Frontier previously obtained an extension to file its Answer on or before December 13, 2019.

5. The extension requested in this Motion will not prejudice any party and will not cause any undue delay of the proceedings.

6. As required by D.C.Colo.L.CivR 6.1(c), the undersigned counsel certifies that a copy of this Motion is being served on Frontier.

WHEREFORE, Frontier respectfully requests an extension of time through and including December 13, 2019 to complete and file the Magistrate Judge Consent/Non-Consent Form.

Respectfully submitted this 4th day of December, 2019.

*/s/ Carolyn B. Theis*
Danielle L. Kitson
Carolyn B. Theis
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email:  dkitson@littler.com
           catheis@littler.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on this 4th day of December, 2019, I filed and served the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE CONSENT/NON-CONSENT FORM** via CM/ECF to the following:

Raquell Neill
16569 Summit Drive
Omaha, NE 68136
rquellneill@gmail.com

*Plaintiff (pro se)*

                                                   *s/Joanna Fox*
                                                 Joanna Fox, Legal Secretary