IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  19-cv-02362-NRN

Raquell Neill,

Plaintiff,

v.

Frontier Airlines,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     It is hereby ORDERED that Defendant's Motion for Extension of Time to File Consent/Non-Consent Form (Dkt. #23) is GRANTED. Defendant shall file the Consent/Non-Consent form no later than December 13, 2019.

     In light of the fact that a status conference is set on December 18, 2019, Ms. Neill is permitted to attend the status conference by telephone. If Ms. Neill is going to attend by telephone, she should call court chambers, 303-335-2403, at the appointed time.

Date:  December 4, 2019