IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-02362-NRN

RAQUELL NEILL,

        Plaintiff,

v.

FRONTIER AIRLINES,

        Defendant.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to FED.R.CIV.P. 7.1, notice is hereby given by counsel of record for Frontier Airlines, Inc. ("Frontier"), that the following corporate interests are disclosed:

1. The parent companies of the corporation: Frontier Airlines Holdings, Inc.
2. Publicly held entities that own 10% or more of Frontier's stock: N/A.

Respectfully submitted this 13th day of December, 2019.

        */s/ Carolyn B. Theis*
        Danielle L. Kitson
        Carolyn B. Theis
        LITTLER MENDELSON, P.C.
        1900 Sixteenth Street, Suite 800
        Denver, CO  80202
        Telephone: 303.629.6200
        Facsimile: 303.629.0200
        Email:  dkitson@littler.com
                  catheis@littler.com

        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify that on this 13th day of December, 2019, I filed and served the foregoing **CORPORATE DISCLOSURE STATEMENT** via CM/ECF to the following:

Raquell Neill
16569 Summit Drive
Omaha, NE 68136
Phone: 303 898-0032
Email: raquellneill@gmail.com

*Plaintiff (pro se)*

                                                    *s/Joanna Fox*
                                                    Joanna Fox, Legal Secretary