IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 19-cv-02362-NRN | Date:  December 18, 2019 |
| Courtroom Deputy: Stacy Libid | FTR:  Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| RAQUELL NEILL, | Pro se |
|     Plaintiff, | |
| v. | |
| FRONTIER AIRLINES, | Carolyn Theis |
|     Defendant. | |

## COURTROOM MINUTES

### STATUS CONFERENCE

**9:59 a.m.    Court in session.**

Court calls case. Appearance of Pro se plaintiff and defense counsel.

Overview of the case is discussed.

Discussion regarding general advisements to the Pro se Plaintiff.

Pro Se plaintiff shall be reminded she is required to comply with all applicable Federal Rules of Civil Procedure (Fed.R.Civ.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLO.LCivR.) and Federal Rules of Evidence (Fed. R. of Evid.). The Pro Se plaintiff may obtain a copy of the United States District Court for the District of Colorado Local rules of Practice on the court website www.cod.uscourts.gov  or in the office of the Clerk of the Court.

Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**ORDERED:** A **Scheduling Conference** is set for **January 28, 2020 at 2:00 p.m.** before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Bryon G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. The parties shall electronically file their proposed Scheduling Order through CM/ECF, and include a courtesy copy of the proposed order in a Word format sent by email to Neureiter_Chambers@cod.uscourts.gov seven days prior to the conference.

Counsel/pro se parties shall prepare the proposed Scheduling Order in accordance with the form found in the forms section of the Court's website at www.cod.uscourts.gov Defendant shall electronically file the proposed Scheduling Order as defense counsel has electronic court filing privileges.

**10:27 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:28

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.