IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02362-NRN

RAQUELL NEILL

    Plaintiff,

v.

FRONTIER AIRLINES

    Defendant.

---

## MOTION FOR APPOINTMENT OF COUNSEL

---

    I, Raquell Neill am a plaintiff, in this case and am currently not represented by counsel. I believe that I am unable to proceed with the assertion of my Title VII Sex Discrimination and Discrimination with Retaliation in this case without the assistance of counsel. I believe I qualify for the appointment of counsel from the Civil Pro Bono Panel.

    Under the court's Civil Pro Bono Representation rule, D.C.COLO.LAttyR 15, a judicial officer of this court may enter an Appointment Order authorizing appointment by the clerk of a member of the court's Civil Pro Bono Panel when the following considerations weigh in favor of appointment:

    (1) the nature and complexity of the action **[Describe below:]**

    The conduct complained of in this claim involves failure to promote, termination of employment, retaliation and failure to allow Plaintiff to interview. And an overall failure to provide opportunity to me as a female to operate within the scope of my job. And then being replaced by a male. After filing a discrimination complaint, in

December of 2017, my job was eliminated February 2018. Frontier will try to say my position was eliminated because of business reasons, however, facts will show this business reason claim is only a reason to justify their position which has only an appearance of truth.

(2) the potential merit of the claims or defenses of the unrepresented party;

The potential merit of this claim is a request of relief by the court in the amount of $300,000.00 for loss wages and damages including benefits and commissions, compensatory and punitive damages.

(3) the demonstrated inability of the unrepresented party to retain an attorney by other means;

I, Raquell Neill, have experienced and can show documentation of having panic attacks regarding this entire issue. When the status conference was held, I almost had one. I have never been in a court proceeding of this nature and because of me not being an Officer of the Court, I am requesting one to represent me. The Court did grant me the ability to proceed without prepaying fees or costs.

Long story short, after my job was eliminated at Frontier, I obtained a job out of state which required me to move to Florida, (very expensive), once there my car broke down. This scenario caused a financial and emotional hardship and I ended up losing my job. I now live with my brother in Omaha, Nebraska.

(4) the degree to which the interests of justice, including the benefits to the court, will be served by appointment of counsel:

It is my intent to provide all of the facts and evidence regarding this claim. The benefit of having an Officer of the Court represent me will save time for all parties involved, including the Court.

D.C.COLO.LAttyR 15(f)(1)(B); *Hill v. SmithKline Beecham Corp.,* 393 F.3d 1111, 1115 (10th Cir. 2004).

I am aware that **I am obligated, as a party in this case representing myself, to meet all obligations and deadlines imposed** under the law and the rules of procedure, local rules, and the practice of standards of this court until appointed counsel formally enters an appearance in this case.  I also confirm that I understand that, in the event this motion is granted, **there is no guarantee that appointment of counsel results in an attorney(s) automatically entering an appearance in this case** – only that a member of the Civil Pro Bono Panel will review the case for possible representation.

**[Please check one or both of the following options:]**

____**X**____   **General Representation** – I request that appointment of volunteer counsel be granted by the court for *general* representation in this civil action subject to the rules and procedures set forth in D.C.COLO.LAttyR 15.

_____   **Limited Representation** – I request that appointment of volunteer counsel be granted by the court for the *limited* representation purpose of:

_____

_____

[examples of purposes for limited representation include amending a pleading / drafting a motion / appearing at a conference, hearing, or trial / assisting with a settlement conference / etc.]

I understand that counsel's *limited* representation may be allowed in accordance with D.C.COLO.LAttyR 2(b)(1), under the auspices of the Civil Pro Bono Panel program and its benefits.

I confirm that I have conferred with the opposing counsel in good faith regarding this motion, as required under local rule D.C.COLO.LCivR 7.1(a) [1].  The opposing counsel advised they have no objection on this motion on 1/7/2020.

Dated: January 7, 2020.

                                               __Raquell Neill_____
                                               (Unrepresented Party's Name)

                                               __16569 Summit Dr, Omaha, NE 68136____
                                               (Address)

                                               ___303-898-0032_____ _____
                                               (Phone Number)

---

[1] [**Note:** Local Rule D.C.COLOLCivR 7.1(a) requires a party (including an unrepresented party) to confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party about the subject of their motion before filing the motion and to describe the specific efforts to fulfill this duty. However, the duty to confer is not required under the local rules for a motion filed in a case involving an unrepresented prisoner.]