**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:19-cv-02362-NRN

RAQUELL NEILL,

      Plaintiff,

v.

FRONTIER AIRLINES,

      Defendant.

## ENTRY OF APPEARANCE OF DANIELLE L. KITSON

Please take notice that Danielle L. Kitson, of the law firm Littler Mendelson, P.C., enters her appearance on behalf of Defendant Frontier Airlines, Inc. Ms. Kitson certifies that she is a member in good standing of the bar of this Court.

Dated this 13th day of January, 2020.

*s/ Danielle L. Kitson*
Danielle L. Kitson
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email:  dkitson@littler.com

*Attorney for Defendant*

2

## CERTIFICATE OF SERVICE

I certify that on this 13th day of January, 2020, I served the foregoing **ENTRY OF APPEARANCE OF DANIELLE L. KITSON** via CM/ECF to the following:

Raquell Neill
16569 Summit Drive
Omaha, NE 68136
Phone: 303 898-0032
Email: raquellneill@gmail.com

*Plaintiff*

                                                           *s/Arlene Aguilar*
                                                           Arlene Aguilar

4837-5121-5532.1 057446.1014