| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* | | |
|---|---|---|---|
| PLAINTIFF<br>RAQUELL NEILL | COURT CASE NUMBER<br>19-cv-02362-NRN | | |
| DEFENDANT<br>FRONTIER AIRLINES, | TYPE OF PROCESS<br>S/C | | |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>FRONTIER AIRLINES, |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*<br>c/o Corporation Service Company 1900 W. Littleton Boulevard, Littleton, CO 80120. |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| Raquell Neill<br>16569 Summit Drive<br>Omaha, NE 68136 | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

# PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of: s/C. Madrid<br>*Deputy Clerk* | X PLAINTIFF<br>___ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>6 November, 2019 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 13 | District to Serve<br>No. 13 | Signature of Authorized USMS Deputy or Clerk | Date<br>11/6/2019 |
|---|---|---|---|---|---|

I hereby certify and return that I ✗ have personally served, ___ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)*<br>RICK MILLER, ATTORNEY | ___ A person of suitable age and discretion then residing in the defendant's usual place of adobe. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service: 12/11/19    Time: 4:10 pm |
| | Signature of U.S. Marshal or Deputy<br>#4253 |

| Service Fee<br>$65.00 | Total Mileage Charges<br>(including endeavors)<br>$5.80 | Forwarding Fee<br>0 | Total Charges<br>$70.80 | Advance Deposits<br>0 | Amount owed to U.S. Marshal or<br>$70.80 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-03098-NRN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FRONTIER AIRLINES
was received by me on *(date)* 12/11/19 .

☒ I personally served the summons on the individual at *(place)* 1900 W LITTLETON BLVD
LITTLETON, CO on *(date)* 12/11/19 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 5.80 for travel and $ 65.00 for services, for a total of $ 70.80 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: 12/16/19

Server's signature

ROBERT SALAS DEPUTY US MARSHAL
Printed name and title

901 19TH ST. 2ND FLOOR DENVER, CO 80294
Server's address

Additional information regarding attempted service, etc: