**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:19-cv-02362-NRN

RAQUELL NEILL,

       Plaintiff,

v.

FRONTIER AIRLINES, INC.,

       Defendant.

**JOINT MOTION TO ATTEND SCHEDULING CONFERENCE BY TELEPHONE**

       Plaintiff Raquell Neill ("Plaintiff") and Defendant Frontier Airlines, Inc. ("Defendant") hereby jointly move for permission to appear at the Scheduling Conference set for January 28, 2020 at 2:00 p.m. by telephone. In support of this motion, the parties state as follows:

       1.      On December 18, 2019, Plaintiff and the undersigned appeared before Magistrate Judge Neureiter for a Status Conference. [Dkt. No. 29].

       2.      During the conference, Magistrate Judge Neureiter set a Scheduling Conference for January 28, 2020 at 2:00 p.m. [Dkt. No. 29].

       3.      Acknowledging that Plaintiff had traveled to Denver from Omaha, Nebraska where she currently resides to attend the Status Conference and consistent with his Civil Practice Standards, Magistrate Judge Neureiter indicated that the parties could submit a joint motion requesting to appear at the Scheduling Conference by telephone to avoid unnecessarily incurring the cost of additional travel.

WHEREFORE, Plaintiff Raquell Neill and Defendant Frontier Airlines, Inc. respectfully request that they be allowed to participate in the January 28, 2020 Status Conference by telephone.

Respectfully submitted this 21st day of January, 2020.

*s/ Raquell Neill*
Raquell Neill
16569 Summit Drive
Omaha, NE 68136
Phone: 303-898-0032
Email: raquellneill@gmail.com

*Plaintiff (Pro Se)*


*s/ Danielle L. Kitson*
Danielle L. Kitson
Carolyn B. Theis
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email:  dkitson@littler.com
        catheis@littler.com

*Attorneys for Defendant*