IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02362-NRN

Raquell Neill,

Plaintiff,

v.

Frontier Airlines,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that the Joint Motion to Attend Scheduling Conference by Telephone (Dkt. #33) is GRANTED.

    The parties are directed to jointly call chambers, 303-335-2403, at the appointed time.

Date: January 22, 2020