IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 19-cv-02362-NRN | Date:  January 28, 2020 |
| Courtroom Deputy:  Stacy Libid | FTR:  Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| RAQUELL NEILL, | Pro se |
|     Plaintiff, | |
| v. | |
| FRONTIER AIRLINES, | Carolyn Theis |
|     Defendant. | |

### COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**2:04 p.m.**     Court in session.

Court calls case. Appearance of Pro se Plaintiff and defense counsel.

**ORDERED:**  Motion for Appointment of Pro Bono Counsel [Docket No. 30] is **GRANTED.**

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Parties shall meet and confer regarding any need for a Protective Order, and if needed, then parties shall file their Motion for Protective Order and proposed Protective Order **on or before February 6, 2020.**

Joinder of Parties/Amendment to Pleadings: **February 17, 2020**

Discovery Cut-off: **August 7, 2020**

Dispositive Motions Deadline: **September 7, 2020**

Each side shall be limited to 6 depositions, excluding experts.
Depositions shall not exceed 7 hours for two deponents, exclusive of experts, all others limited to 4 hours, for each side, without prior agreement or absent leave of court.
Each side shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.
Interrogatories, Requests for Production, and Requests for Admissions shall be served 45 days before the discovery cutoff date.

Each side shall be limited to 2 retained expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: **June 9, 2020**
Disclosure of Rebuttal Experts: **July 10, 2020**
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

A **Status Conference** is set for **July 15, 2020 at 2:00 p.m.** before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Bryon G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. The Court will set a Final Pretrial Conference and trial dates at that time.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues.  If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers Neureiter_Chambers@cod.uscourts.gov  a joint statement setting out each party's position with regard to each dispute.**

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**Scheduling Order entered.**

**2:24 p.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:20

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.