**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:19-cv-02362-NRN

RAQUELL NEILL,

        Plaintiff,

v.

FRONTIER AIRLINES,

        Defendant.

---

**JOINT STIPULATION FOR MUTUAL EXTENSIONS OF TIME TO RESPOND TO WRITTEN DISCOVERY**

---

Pursuant to Fed. R. Civ. P. 6 and D.C.COLO.L.CivR 6.1, Plaintiff Raquell Neill ("Plaintiff") and Defendant Frontier Airlines, Inc. ("Frontier") stipulate to a mutual 21-day extension of time to serve objections and responses to written discovery requests such that Plaintiff's responses and objections to Frontier's First Set of Written Discovery Requests are due no later than April 6, 2020 and Frontier's responses and objections to Plaintiff's First Set of Written Discovery Requests are due no later than April 27, 2020. In support of this Stipulation, the parties state as follows:

    1.    On February 14, 2020, Frontier served its First Set of Written Discovery Requests directed to Plaintiff.

    2.    Therefore, pursuant to Fed. R. Civ. P. 33 and without the relief requested in this Joint Motion, Plaintiff's deadline to serve responses to Frontier's First Set of Written Discovery Requests would be March 16, 2020.

3. On March 6, 2020, Plaintiff served her First Set of Written Discovery Requests directed to Frontier.

4. Therefore, pursuant to Fed. R. Civ. P. 33 and without the relief requested in this Joint Motion, Frontier's deadline to serve responses to Plaintiff's First Set of Written Discovery Requests would be April 6, 2020.

5. Pursuant to D.C.COLO.LCivR 6.1(a), the parties stipulate to a mutual 21-day extension of time to respond to written discovery requests such that Plaintiff has up to and including April 6, 2020 to respond and object to Frontier's First Set of Written Discovery Requests and Frontier has up to and including April 27, 2020 to respond and object to Plaintiff's First Set of Written Discovery Requests.

6. No prior extension has been requested concerning the parties' deadlines to respond to written discovery requests.

7. As required by D.C.Colo.LCivR 6.1(c), the undersigned counsel for Frontier certifies that a copy of this Joint Motion is being served on Frontier.

Respectfully submitted this 13th day of March, 2020.

*s/ Raquell Neill*
Raquell Neill
16569 Summit Drive
Omaha, NE 68136
Phone: 303-898-0032
Email: raquellneill@gmail.com

*Plaintiff (Pro Se)*

*s/ Danielle L. Kitson*
Danielle L. Kitson
Carolyn B. Theis
Littler Mendelson PC
1900 16th Street, Suite 800
Denver, CO 80202
Phone: 303-629-6200
Fax: 303-629-0200
Email: dkitson@littler.com
        catheis@littler.com

*Attorneys for Defendant*