**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:19-cv-02362-NRN

RAQUELL NEILL,

      Plaintiff,

v.

FRONTIER AIRLINES, INC.,

      Defendant.

---

**ENTRY OF APPEARANCE**

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

<u>RAQUELL NEILL, PLAINTIFF</u>

DATED in Denver, Colorado this <u>24th</u> day of March, 2020.

                              <u>s/   Deborah E. Yim</u>
                              Deborah E. Yim, Esq.
                              PRIMERA LAW GROUP, LLC
                              3900 E. Mexico Street, Suite 300
                              Denver, CO 80210
                              (720) 239-2567
                              dyim@primeralaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Counsel for Defendant:

Danielle L. Kitson (dkitson@littler.com)
Carolyn B. Theis (catheis@littler.com)
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO  80202

                                       s/   *Deborah E. Yim*
                                         Deborah E. Yim, Esq.
                                         Primera Law Group, LLC
                                         3900 E. Mexico Street, Suite 300
                                         Denver, CO 80210
                                         (720) 239-2567
                                         dyim@primeralaw.com