IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02362-NRN

RAQUELL NEILL,

    Plaintiff,

v.

FRONTIER AIRLINES,

    Defendants.

---

### AMENDED NOTICE OF APPOINTMENT

---

As directed by the Order of Appointment of Counsel for Plaintiff Raquel Neill, entered by U.S. Magistrate Judge N. Reid Neureiter on January 28, 2020 and in accordance with D.C.COLO.LAttyR 15(f) of the U.S. District Court's Local Rules of Practice, the undersigned designated clerk has selected counsel from the list of members of the Civil Pro Bono Panel.

THE CLERK hereby notifies the court and the parties that attorneys Deborah Yim of the law firm Primera Law Group and Clinton Burke of the law firm Flat Creek Law PLLC have been selected.  Selected counsel have preliminarily reviewed this case to determine if a conflict exists or other impediment to accepting this case; as it appears there is no such conflict at this time, they have informed the court of their availability.  Under D.C.COLO.LAttyR 15(g) and with the permission of the court, appointed counsel have thirty days to either enter an appearance in the case, or file a Notice Declining Appointment.  **The Clerk cautions the plaintiff that in the interim, she is responsible for all other scheduled matters by court order or**

**operation of the federal courts' rules of procedure, including appearances at hearings or depositions, and submitting responses to motions, discovery requests, etc.**

ACCORDINGLY, the Clerk hereby enters this Notice of Appointment in this case, and will also send a copy of this Notice, the Appointment Order, and a copy of local rule D.C.COLO.LAttyR 15, Civil Pro Bono Representation to the pro se litigant. A copy of this Notice will also be sent to appointed counsel by the undersigned designated clerk.

Dated at Denver, Colorado this __6th__ day of April, 2020.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/ Kelsey Montalban
Kelsey Montalban, Deputy Clerk/Paralegal