# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-02362-NRN

RAQUELL NEILL,

      Plaintiff,

v.

FRONTIER AIRLINES, INC.,

      Defendant.

## MOTION FOR EXTENSION OF TIME TO SERVE DISCOVERY RESPONSES

Pursuant to Fed. R. Civ. P. 6 and D.C.COLO.L.CivR 6.1, Plaintiff Raquell Neill ("Plaintiff") moves the Court for a mutual 30-day extension of time to serve objections and responses to written discovery requests such that Plaintiff's responses and objections to Frontier's First Set of Written Discovery Requests are due no later than May 6, 2020 and Frontier's responses and objections to Plaintiff's First Set of Written Discovery Requests are due no later than May 27, 2020.  In support of this motion, Plaintiff states as follows:

1. On February 14, 2020, Frontier served its First Set of Written Discovery Requests directed to Plaintiff.  Therefore, Plaintiff's original deadline to serve responses to Frontier's First Set of Written Discovery Requests was March 16, 2020.  On March 6, 2020, Plaintiff served her First Set of Written Discovery Requests directed to Frontier.  Therefore, Frontier's deadline to serve responses to Plaintiff's First Set of Written Discovery Requests was April 6, 2020.

2. On March 13, 2020, the parties filed a joint stipulation for a first extension

1

of time (of twenty-one (21) days) on their discovery responses, such that Plaintiff's discovery responses would be due on April 6, 2020, and Frontier's would be due on April 27, 2020.

3. Plaintiff's pro bono counsel, Deborah Yim, entered her appearance on March 26, 2020.

4. On March 26, 2020, Frontier's counsel, Carolyn Theis, requested from Ms. Yim an extension of time of an additional thirty (30) days to serve Frontier's discovery responses, due to circumstances arising from the Coronavirus.

5. On April 2, 2020, Ms. Yim indicated that Plaintiff would agree to Frontier's extension request, so long as Plaintiff herself was mutually given an additional 30 days extension of time to respond to Frontier's discovery requests.

6. On April 6, 2020, Frontier's counsel confirmed that Frontier would agree to a mutual extension.

7. Other than the one prior extension of 21 days referred to above, no other extension has been requested or granted with regard to the discovery responses at issue.

8. Plaintiff therefore respectfully requests that the Court grant the parties a 30-day mutual extension of time to respond to discovery, with Plaintiff's responses to be due on May 6, 2020, and Frontier's to be due on May 27, 2020.

Dated: April 6, 2020                              Respectfully submitted,

*s/     Deborah E. Yim*
Deborah E. Yim, Esq.
PRIMERA LAW GROUP, LLC
3900 E. Mexico Street, Suite 300
Denver, CO 80210
(720) 239-2567
dyim@primeralaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Counsel for Defendant:

Danielle L. Kitson (dkitson@littler.com)
Carolyn B. Theis (catheis@littler.com)
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO  80202

I hereby certify that on this 6th day of April, 2020, I electronically served the foregoing on the following email address:

Plaintiff:

Raquell Neill (raquellneill@gmail.com)
16569 Summit Drive
Omaha, NE 68136

                                                s/   Deborah E. Yim
                                                Deborah E. Yim, Esq.
                                                Primera Law Group, LLC
                                                3900 E. Mexico Street, Suite 300
                                                Denver, CO 80210
                                                (720) 239-2567
                                                dyim@primeralaw.com