IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02362-NRN

Raquell Neill,

Plaintiff,

v.

Frontier Airlines,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby **ORDERED** that the Motion for Extension of Time to Serve Discovery Responses (Dkt. #46) is GRANTED.

The deadline for each party to respond to written discovery requests is extended to May 6, 2020.

Date: April 7, 2020