# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-02362-NRN

RAQUELL NEILL,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    RAQUELL NEILL, PLAINTIFF

    DATED in Denver, Colorado this 28th day of April, 2020.

/s/ Clint Burke
*Clint Burke, Esq.*
Flat Creek Law, PLLC
1805 Meadow Vale Road
Longmont, CO 80504
Telephone: (303) 515-1479
E-mail: cburke@flatcreeklaw.com
Attorney for Plaintiff Raquell Neill

**CERTIFICATE OF SERVICE**

I hereby certify that on this <u>28th</u> day of April, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

<u>Counsel for Defendant:</u>

Carolyn Bailey Theis
Littler Mendelson PC-Denver
1900 16th Street
Suite 800
Denver, CO 80202
303-362-2850
Fax: 303-484-5246
Email: CaTheis@littler.com

Danielle L. Kitson
Littler Mendelson PC-Denver
1900 16th Street
Suite 800
Denver, CO 80202
303-629-6200
Fax: 303-362-8427
Email: dkitson@littler.com

<u>Counsel for Plaintiff:</u>

Deborah E. Yim, Esq.
PRIMERA LAW GROUP, LLC
3900 E. Mexico Street, Suite 300
Denver, CO 80210
(720) 239-2567
dyim@primeralaw.com

/s/  Clint Burke
***Clint Burke, Esq.***
Flat Creek Law, PLLC
1805 Meadow Vale Road
Longmont, CO 80504
Telephone: (303) 515-1479
E-mail: cburke@flatcreeklaw.com
Attorney for Plaintiff Raquell Neill