IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-02362-NRN

RAQUELL NEILL,

        Plaintiff,

v.

FRONTIER AIRLINES, INC.,

        Defendant.

## DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER AND FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS

Defendant Frontier Airlines, Inc. ("Frontier" or "Defendant"), by and through its undersigned counsel, respectfully submits this Motion to Amend Scheduling Order and For Extension of Time to Respond to Plaintiff's Discovery Requests, stating as follows:

1. On January 28, 2020, this Court entered a Scheduling Order [Dkt. No. 38], setting forth the following deadlines for the parties:

    a. Deadline to Serve Written Discovery Requests: June 23, 2020 (forty-five (45) days prior to the discovery cut-off)

    b. Discovery Cut-Off: August 7, 2020

    c. Dispositive Motion Deadline: September 7, 2020

    d. Expert Witness Disclosure Deadline: June 9, 2020

    e. Rebuttal Expert Witness Disclosure Deadline: July 10, 2020

2.      Shortly thereafter, the COVID-19 pandemic began sweeping the nation, significantly impacting the airline industry and requiring Frontier to focus all of its available resources on adapting and maintaining its operations to survive the crisis.

3.      Given the current circumstances and the incredible burden COVID-19 has imposed on Frontier, good cause exists to amend the above-listed deadlines set forth in the Scheduling Order [Dkt. No. 38] by forty-five (45) days such that the parties would be subject to the following deadlines:

   a. Deadline to Serve Written Discovery Requests: August 7, 2020 (forty-five (45) days prior to the discovery cut-off)
   b. Discovery Cut-Off: September 21, 2020
   c. Dispositive Motion Deadline: October 22, 2020
   d. Expert Witness Disclosure Deadline: July 24, 2020
   e. Rebuttal Expert Witness Disclosure Deadline: August 24, 2020.

*See* Fed.R.Civ.P. 16(b)(4).

4.      For the same reasons set forth in paragraph 3, Frontier needs additional time to finish gathering documents and information so that it may provide full and accurate responses to Plaintiff's First Set of Written Discovery Requests ("Plaintiff's Discovery Requests").

5.      Therefore, Frontier respectfully requests the same forty-five (45) day extension of time to respond to those requests such that it has up to and including June 22, 2020 to respond.

6. Pursuant to this Court's Order dated April 7, 2020 [Dkt. No. 47], without the relief requested in this Motion, Frontier's deadline to respond to Plaintiff's Discovery Requests is May 6, 2020.[1]

7. Pursuant to D.C.Colo.LCivR.7.1(A), counsel for Frontier conferred with Plaintiff's counsel regarding the relief requested in this Motion on April 24, 2020. Plaintiff's counsel confirmed that Plaintiff opposes the relief sought.[2]

8. Other than Plaintiff's Motion for Extension [Dkt. No. 46], which this Court granted [Dkt. No. 47], no other extension to respond to discovery requests has been requested from or granted by this Court.

9. The extensions requested in this Motion will not prejudice any party and will not cause any undue delay of the proceedings.

10. As required by D.C.Colo.LCivR 6.1(c), the undersigned counsel certifies that a copy of this Motion is being served on Frontier.

---

[1] On April 6, 2020, Plaintiff filed a Motion for Extension of Time to Serve Discovery Responses [Dkt. No. 46] ("Plaintiff's Motion for Extension"), indicating that the parties had agreed to mutual thirty (30) day extensions of time to respond to discovery, which with the Court's approval would allow Plaintiff up to and including May 6, 2020 to serve her responses to Frontier's Discovery Requests and Frontier up to and including *May 27, 2020* to serve its responses to Plaintiff's Discovery Requests. *See* Dkt. No. 46 at ¶¶ 5, 8 ("Plaintiff therefore respectfully requests that the Court grant the parties a 30-day mutual extension of time to respond to discovery, with Plaintiff's responses to be due on May 6, 2020, and Frontier's to be due on May 27, 2020"). On April 7, 2020, this Court entered an Order stating as follows:

> It is hereby ORDERED that the Motion for Extension of Time to Serve Discovery Responses (Dkt. #46) is GRANTED.
>
> The Deadline for each party to respond to written discovery requests is extended to *May 6, 2020.*

Dkt. No. 47 (emphasis added). It is unclear whether the Court intended to grant Plaintiff's Motion in part or whether the Court inadvertently missed that with a thirty (30) day extension, Frontier would have until May 27, 2020 to serve its responses to Plaintiff's Discovery Requests. For purposes of this Motion, Frontier assumes the former.

[2] Notably, however, Plaintiff's counsel did not oppose providing Frontier up to and including May 27, 2020 to serve its objections and responses to Plaintiff's Discovery Requests, when conferring with counsel for Frontier regarding Plaintiff's own Motion for Extension. *See* Dkt. No. 46 at ¶¶ 5, 8.

3

WHEREFORE, Frontier respectfully requests that the Court enter an Order amending the Scheduling Order [Dkt. No. 38] such that the deadline to serve written discovery requests is **August 7, 2020,** the discovery cut-off is **September 21, 2020,** the dispositive motion deadline is **October 22, 2020,** the expert disclosure deadline is **July 24, 2020,** and the rebuttal expert witness disclosure deadline is **August 24, 2020,** and granting Frontier up to and including **June 22, 2020** to serve its objections and responses to Plaintiff's Discovery Requests.

Respectfully submitted this 4th day of May, 2020.

*/s/ Danielle L. Kitson*
Danielle L. Kitson
Carolyn B. Theis
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email:  dkitson@littler.com
catheis@littler.com

*Attorneys for Defendant Frontier Airlines, Inc.*

4

## CERTIFICATE OF SERVICE

I certify that on this 4th day of May, 2020, I filed and served the foregoing **DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER AND FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** via CM/ECF to the following:

Clint Burke
Flat Creek Law PLLC
1805 Meadow Vale Road
Longmont, CO 80504
Telephone: 303-515-1479
Email: cburke@flatcreeklaw.com

Deborah En-Qi Yim
Primera Law Group
3900 East Mexico Avenue, Suite 300
Denver, CO 80220
Telephone: 720-239-2567
Fax: 303-927-0809
Email: dyim@primeralaw.com

*Attorneys for Plaintiff*

                                                 *s /Joanna Fox*
                                                 Joanna Fox, Legal Secretary

4835-4824-1595.1 057446.1014