IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02362-NRN

Raquell Neill,

Plaintiff,

v.

Frontier Airlines,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     Before the Court is Defendant's Motion to Amend Scheduling Order and For Extension of Time to Respond to Plaintiff's Discovery Requests (Dkt. #49). Having considered the motion, Plaintiff's response objecting to the requested extensions (Dkt. #50), and taken judicial notice of the court's file, the Court finds good cause exists to modify the Scheduling Order. The Court is mindful of the Plaintiff's objections and desire to move the case forward, but does not find the requested extensions unreasonable in light of the COVID 19 pandemic and its impact on businesses and their ability to continue operating with limited access to their employees.

     Accordingly, it is HEREBY ORDERED that the Defendant's Motion (Dkt. #49) is GRANTED. The deadlines are extended as follows:

    a. Serve written discovery requests           August 7, 2020;

    b. Complete discovery                         September 21, 2020;

    c. Dispositive motions                         October 22, 2020;

    d. Expert disclosure                           July 24, 2020;

    e. Rebuttal expert witness disclosure         August 24, 2020; and

    f. Frontier's response to Plaintiff's discovery   June 22, 2020.

Date: May 5, 2020