IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-02362-NRN

RAQUELL NEILL,

    Plaintiff,

v.

FRONTIER AIRLINES,

    Defendant.

## MOTION TO WITHDRAW AS PLAINTIFF'S PRO BONO COUNSEL

COMES NOW Deborah Yim of Primera Law Group, LLC, and Clinton Burke of Flat Creek Law, PLLC, attorneys for Plaintiff Raquell Neill, and respectfully moves this Court for an Order allowing counsel and their firms (collectively, hereinafter "Counsel") to withdraw from representing Plaintiff (hereinafter "Client"), and as grounds therefore, states:

Counsel request to withdraw pursuant to D.C.COLO.LAttyR 2(a) and 5(b); Colo. RPC 1.16(b)(1) and (6); and D.C.COLO.LCivR 7.1(b)(4), for the following reasons. First, financial reasons resulting from the COVID-19 situation and its impact on Counsel's law practices and personal lives make it difficult for them to continue representing Client pro bono. *See* Colo. RPC 1.16(b)(6). Second, withdrawal at this time can be accomplished without material adverse effect on the interests of Client. *See* Colo. RPC 1.16(b)(1). Client's case is very early on in litigation (with a discovery cutoff of September 21, 2020, and dispositive motion cutoff of October 22, 2020), and Client has abundant time to retain new counsel if she chooses to do so.

Pursuant to D.C.COLO.LAttyR 5(b), Counsel hereby notifies Client that she is now personally responsible for complying with all court orders and time limitations established by applicable statutes and rules.

**WHEREFORE**, having moved for withdrawal and having notified Client, Deborah Yim of Primera Law Group, LLC and Clinton Burke of Flat Creek Law, PLLC, respectfully request that counsel and their firms be permitted to withdraw as attorneys for Raquell Neill.

Dated: June 9, 2020                                     Respectfully submitted,

/s/  Deborah E. Yim
***Deborah En-Qi Yim, Esq.***
PRIMERA LAW GROUP, LLC
3900 E. Mexico Street, Suite 300
Denver, CO 80210
(720) 239-2567
E-mail: dyim@primeralaw.com

/s/  Clint Burke
***Clinton Donegan Burke, Esq.***
Flat Creek Law, PLLC
1805 Meadow Vale Road
Longmont, CO 80504
Telephone: (303) 515-1479
E-mail: cburke@flatcreeklaw.com

## CERTIFICATE OF SERVICE

We hereby certify that on June 9, 2020, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| <u>Counsel for Defendant:</u> | **VIA CM/ECF** |
| Carolyn Bailey Theis<br>Littler Mendelson PC-Denver<br>1900 16th Street<br>Suite 800<br>Denver, CO 80202<br>303-362-2850<br>Fax: 303-484-5246<br>E-mail: CaTheis@littler.com | |
| Danielle L. Kitson<br>Littler Mendelson PC-Denver<br>1900 16th Street<br>Suite 800<br>Denver, CO 80202<br>303-629-6200<br>Fax: 303-362-8427<br>E-mail: dkitson@littler.com | |
| <u>Plaintiff:</u> | **VIA EMAIL** |
| Raquell Neill<br>16569 Summit Dr.<br>Omaha, NE 69136<br>E-mail: raquellneill@gmail.com | |

/s/  Clint Burke
***Clinton Donegan Burke, Esq.***
Flat Creek Law, PLLC
1805 Meadow Vale Road
Longmont, CO 80504
Telephone: (303) 515-1479
E-mail: cburke@flatcreeklaw.com

3