IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  19-cv-02362-NRN

Raquell Neill,

Plaintiff,

v.

Frontier Airlines,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is HEREBY ORDERED that the Motion to Withdraw as Plaintiff's Pro Bono Counsel (Dkt. #52) is GRANTED, finding good cause shown.

Deborah Yim of Primera Law Group, LLC, and Clinton Burke of Flat Creek Law, PLLC shall be permitted to withdraw as counsel for Plaintiff. The Clerk of the Court is directed to remove Deborah Yim and Clinton Burke from electronic notification in this matter.

Date:  June 10, 2020