IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02362-NRN

RAQUELL NEILL

    Plaintiff,

v.

FRONTIER AIRLINES

    Defendant.

---

### MOTION FOR THE RIGHT TO REQUEST ANOTHER APPOINTMENT OF PRO BONO COUNSEL

---

    I, Raquell Neill am the Plaintiff in this case. The court has granted the withdrawal to Attorney Deborah Yim of Primera Law Group, LLC, and Clinton Burke of Flat Creek Law, PLLC, due to financial reasons resulting from the COVID-19 situation and its impact on their law firms and personal lives.

    Plaintiff is submitting this motion to obtain permission from the Court to reconnect with Edward Butler, Legal Officer, U.S. District Court, District of Colorado in order to coordinate with him for a replacement for Deborah Yim and Clinton Burke of Flat Creek Law. (Not both but since they had entered together, I am listing both Attorney's only for validity reasons).

    I understand that before I submit this, I also need to inform the defendant of my request to obtain permission and I have done so, and the defendant has agreed to this request.

Respectfully submitted,

*Raquell Neill*

Raquell Neill, Plaintiff
16569 Summit Drive
Omaha, NE 68136
Phone: 303-898-0032