IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  19-cv-02362-NRN

Raquell Neill,

Plaintiff,

v.

Frontier Airlines,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     It is HEREBY ORDERED that the Motion for the Right to Request Another Appointment of Pro Bono Counsel (Dkt. #54) is DENIED without prejudice.

     Plaintiff is directed to submit a new Motion for Appointment of Counsel that includes a verification of financial need for pro bono counsel and employment status, as well as an explanation for why she cannot advocate for herself. A form Motion for Appointment of Counsel is available on the Court's website:

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx#CivilProBono

Date:  June 11, 2020