IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02362-NRN

Raquell Neill,

Plaintiff,

v.

Frontier Airlines,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    Before the Court is Plaintiff's Motion for Appointment of Counsel. Dkt. #56.

    On June 11, 2020, this Court entered an order denying Plaintiff's prior request for appointment of pro bono counsel. Dkt. #55. In that order, Plaintiff was directed to submit a new Motion for Appointment of Counsel that includes a verification of financial need for pro bono counsel and employment status, as well as an explanation for why she cannot advocate for herself.

    In her Motion, Plaintiff addresses her employment status by stating that she is employed but her income has been reduced by 25% due to COVID-19. This information by itself is not sufficient for the Court to make a determination as to Ms. Neill's eligibility for pro bono counsel under D.C.COLO.LAttyR 15(e), which requires that a party demonstrate limited financial means.

    Accordingly, on or before **July 17, 2020,** Plaintiff is directed to submit, under a level 2 restriction pursuant to Local Rule 7.2, a sworn statement describing her current annual salary, her annual salary for the last three years, and the efforts she has made to retain counsel on her own.

Date:  July 6, 2020