IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 19-cv-02362-NRN | Date:  July 15, 2020 |
| Courtroom Deputy: Stacy Libid | FTR:  Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| RAQUELL NEILL, | Pro se |
|     Plaintiff, | |
| v. | |
| FRONTIER AIRLINES, | Carolyn Theis |
|     Defendant. | |

## COURTROOM MINUTES

### TELEPHONIC STATUS CONFERENCE

**2:04 p.m.     Court in session.**

Court calls case. Appearance of Pro se Plaintiff and defense counsel.

Discussion regarding Minute Order [Docket No. 57]. Plaintiff states she is in the process of obtaining counsel.  Court makes clear that until she obtains replacement counsel, Plaintiff is responsible for all deadlines and requirements of prosecuting the case.

**2:12 p.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:08

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.