IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-02362-NRN

RAQUELL NEILL,

        Plaintiff,

v.

FRONTIER AIRLINES, INC.,

        Defendant.

**JOINT MOTION TO AMEND SCHEDULING ORDER'S DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

        Defendant Frontier Airlines, Inc. ("Frontier" or "Defendant") and Plaintiff Raquell Neill ("Plaintiff" or "Neill"), by and through their undersigned counsel, respectfully submit this Joint Motion to Amend Scheduling Order, stating as follows:

    1.    On January 28, 2020, this Court entered an initial Scheduling Order [Dkt. No. 38] in this case, setting forth the following discovery and dispositive motion deadlines:

        a.    Deadline to Serve Written Discovery Requests: June 23, 2020 (forty-five (45) days prior to the discovery cut-off);

        b.    Discovery Cut-Off: August 7, 2020; and

        c.    Dispositive Motion Deadline: September 7, 2020.

    2.    On May 5, 2020, this Court granted Defendant's Motion to Modify the Scheduling Order [Dkt. No. 51], modifying the above-listed deadlines as follows:

       a. Deadline to Serve Written Discovery Requests: August 7, 2020 (forty-five (45) days prior to the discovery cut-off);

       b. Discovery Cut-Off: September 21, 2020; and

       c. Dispositive Motion Deadline: October 22, 2020.

3. Plaintiff, who was representing herself *pro se*, recently retained the undersigned counsel.

4. Plaintiff's undersigned counsel contacted Frontier's counsel, informing them of his representation, and requesting additional time to respond to a July 21, 2020 letter from Frontier's counsel to Ms. Neill asking her to cure a number of deficiencies in her responses to Frontier's First Set of Discovery Requests. Plaintiff's counsel and Frontier's counsel also discussed the general status of discovery and the pending deadlines for both discovery and dispositive motions.

5. The undersigned counsel needs time to get up to speed and to conduct the reasonable investigation necessary to address the deficiencies in Plaintiff's Responses to Frontier's First Set of Discovery Requests such that any remaining dispute can be resolved prior to the deadline to serve additional discovery requests and far enough in advance of Plaintiff's deposition, which is scheduled for September 18, 2020.

6. Therefore, good cause exists to amend the above-listed discovery and dispositive motion deadlines set forth in the Scheduling Order as modified on May 5 [Dkt. No. 51] by twenty-one (21) days such that the parties would be subject to the following deadlines:

       a. Deadline to Serve Written Discovery Requests: August 28, 2020 (forty-five (45) days prior to the discovery cut-off);

       b. Discovery Cut-Off: October 12, 2020; and

      c.  Dispositive Motion Deadline: November 12, 2020.

7.    Other than Frontier's Motion to Amend Scheduling Order and for Extension of Time to Respond to Plaintiff's Discovery Requests [Dkt. No. 49], which this Court granted [Dkt. No. 51], no other modifications to the Scheduling Order have been requested from or granted by this Court.

8.    The extensions requested in this Motion will not prejudice any party and will not cause any undue delay of the proceedings.

9.    As required by D.C.Colo.LCivR 6.1(c), the undersigned counsel certifies that a copy of this Joint Motion is being served upon their respective clients.

WHEREFORE, the parties respectfully requests that the Court enter an Order amending the Scheduling Order as modified on May 5 [Dkt. No. 51] such that the deadline to serve written discovery requests is **August 28, 2020,** the discovery cut-off is **October 12, 2020,** the dispositive motion deadline is **November 12, 2020**.

Respectfully submitted this 7th day of August, 2020.

| *s/ John Arthur Cimino* | *s/ Danielle L. Kitson* |
|---|---|
| John Arthur Cimino | Danielle L. Kitson |
| Cimino Law Offices, LLC | Carolyn B. Theis |
| 925 East 17th Avenue | Littler Mendelson PC |
| Denver, CO 80218 | 1900 16th Street, Suite 800 |
| Phone: 303-830-0000 | Denver, CO 80202 |
| Fax: 303-860-0529 | Phone: 303-629-6200 |
| Email: john@topdenverlawyer.com | Fax: 303-629-0200 |
| | Email: dkitson@littler.com |
| *Attorney for Plaintiff* | catheis@littler.com |
| | *Attorneys for Defendant* |