IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  19-cv-02362-NRN

Raquell Neill,

Plaintiff,

v.

Frontier Airlines,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is HEREBY ORDERED that the Joint Motion to Amend Scheduling Order's Discovery and Dispositive Motions Deadlines, Dkt. #60, is GRANTED finding good cause shown.

The following deadlines are extended:

a. Service of Written Discovery Requests     August 28, 2020
b. Discovery Cut-Off                         October 12, 2020; and
c. Dispositive Motions                       November 12, 2020.

It is FURTHER ORDERED that Plaintiff's Motion for Appointment of Counsel, Dkt. #56, is DENIED as moot.

Date:  August 7, 2020