# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-02362-NRN

RAQUELL NEILL,

        Plaintiff,

v.

FRONTIER AIRLINES,

        Defendant.

---

## ENTRY OF APPEARANCE OF JOHN ARTHUR CIMINO

---

        PLEASE TAKE NOTICE that John Arthur Cimino of the law firm of CIMINO LAW OFFICE, LLC, hereby enters his appearance on behalf of plaintiff Raquell Neill.  Mr. Cimino certifies that he is a member in good standing of the bar of this Court.

        Dated this 8th day of August, 2020.

        CIMINO LAW OFFICE, LLC

        */s/ John A. Cimino*

        John A. Cimino
        Attorney for Plaintiff
        CRANMER STERLING HOUSE
        925 East 17th Avenue
        Denver, CO 80218
        Telephone: 303 813 0000
        Facsimile:  303 829 0259
        Email: CiminoLawOffices@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2020, a true and correct copy of this ENTRY OF APPEARANCE OF JOHN ARTHUR CIMINO was served via CM/ECF email to the following:

Danielle L. Kitson, Esq.
Carolyn Theis, Esq.
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver CO 80202

>                               */s/ John A. Cimino*
>                               John A. Cimino