**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:19-cv-02362-NRN

RAQUELL NEILL,

        Plaintiff,

v.

FRONTIER AIRLINES, INC.,

        Defendant.

## JOINT MOTION TO AMEND SCHEDULING ORDER'S DISCOVERY

Defendant Frontier Airlines, Inc. ("Frontier" or "Defendant") and Plaintiff Raquell Neill ("Plaintiff" or "Neill"), by and through their undersigned counsel, respectfully submit this Joint Motion to Amend Scheduling Order, stating as follows:

1. On August 7, 2020, this Court entered a Minute Order [Dkt. No. 61], amending the following discovery and dispositive motion deadlines:

    a. Deadline to Serve Written Discovery Requests: August 28, 2020;

    b. Discovery Cut-Off: October 12, 2020;

    c. Dispositive Motions:  November 12, 2020

2. The parties will not be able to schedule all of the depositions needed to be taken before October 12, 2020 due to scheduling conflicts on the respective calendars of counsel.

3. Counsel did schedule plaintiff's deposition for Monday, October 12, 2020, even though it is a national holiday and it did proceed.

4. Counsel did schedule tentative dates to depose defense witnesses for later in the month, October 2020. In an abundance of caution, counsel move to amend the scheduling order to conduct depositions through to and including November 30, 2020.

5. Good cause exists to amend the above-listed discovery deadlines set forth in the Scheduling Order as modified on August 7, 2020 [Dkt. No. 61] such that the parties would be subject to the following deadlines:

    a. Discovery Cut-Off: November 30, 2020

6. The extensions requested in this Motion will not prejudice any party and will not cause any undue delay of the proceedings. Trial has not been scheduled at this time and presumably is months away.

7. As required by D.C.Colo.LCivR 6.1(c), the undersigned counsel certifies that a copy of this Joint Motion is being served upon their respective clients.

WHEREFORE, the parties respectfully requests that the Court enter an Order amending the Scheduling Order as modified on May 5 [Dkt. No. 51] and the August 7, 2020 Minute Order such that the discovery cut-off is **November 30, 2020.**

Respectfully submitted this 12th day of October, 2020.

| *s/ John Arthur Cimino* | *s/ Danielle L. Kitson* |
|---|---|
| John Arthur Cimino | Danielle L. Kitson |
| Cimino Law Office, LLC | Carolyn B. Theis |
| 925 East 17th Avenue | Littler Mendelson PC |
| Denver, CO 80218 | 1900 16th Street, Suite 800 |
| Phone: 303-830-0000 | Denver, CO 80202 |
| Fax: 303-860-0529 | Phone: 303-629-6200 |
| Email: john@topdenverlawyer.com | Fax: 303-629-0200 |
| | Email: dkitson@littler.com |
| *Attorney for Plaintiff* | catheis@littler.com |
| | *Attorneys for Defendant* |