IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  19-cv-02362-NRN

Raquell Neill,

Plaintiff,

v.

Frontier Airlines, Inc.

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is HEREBY ORDERED that the Joint Motion to Amend Scheduling Order's Discovery [sic] (Dkt. #63) is GRANTED for good cause shown.

The discovery cut-off deadline is extended to November 30, 2020.

Date:  October 13, 2020