**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:19-cv-02362-NRN

RAQUELL NEILL,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

Plaintiff Raquell Neill and Defendant Frontier Airlines, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of this action with prejudice, each party to bear their own fees and costs.

Respectfully submitted this 21st day of January, 2021.

| | |
|---|---|
| *s/ John Arthur Cimino* | *s/ Danielle L. Kitson* |
| John Arthur Cimino | Danielle L. Kitson |
| Cimino Law Offices, LLC | Carolyn B. Theis |
| 925 East 17th Avenue | Littler Mendelson PC |
| Denver, CO 80218 | 1900 16th Street, Suite 800 |
| Phone: 303-830-0000 | Denver, CO 80202 |
| Fax: 303-860-0529 | Phone: 303-629-6200 |
| Email: john@topdenverlawyer.com | Fax: 303-629-0200 |
| | Email: dkitson@littler.com |
| |     catheis@littler.com |
| *Attorney for Plaintiff* | |
| | *Attorneys for Defendant* |